UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRUCE H. ROBINSON,

    Plaintiff,

vs

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

Civil Action No. 3:11-cv-399

Judge Timothy S. Black

_____

### ORDER OF DISMISSAL
_____

This civil action is before the Court on Plaintiff's stipulation of dismissal as to Defendant Equifax Information Services, LLC. (Doc. 18). By joint agreement the parties move this Court for a order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED** that this action is **DISMISSED** with **PREJUDICE** against Defendant Equifax Information Services, LLC. Each party shall bear their own costs and attorneys' fees.

    **IT IS SO ORDERED**.

Date: 3/8/12

                                                     Timothy S. Black
                                                     United States District Judge