UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRUCE H. ROBINSON,

    Plaintiff,

vs

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

Civil Action No. 3:11-cv-399

Judge Timothy S. Black

### ORDER OF DISMISSAL

This civil action is before the Court on Plaintiff's stipulation of dismissal as to Defendant Experian Information Solutions, Inc. (Doc. 20). By joint agreement the parties move this Court for a order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). Accordingly, it is hereby **ORDERED** that this action is **DISMISSED** with **PREJUDICE** against Defendant Experian Information Solutions, Inc. Each party shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Date: 3/9/12

*Timothy S. Black*
Timothy S. Black
United States District Judge