UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

BRUCE H. ROBINSON,

    Plaintiff,

vs

EQUIFAX INFORMATION
SERVICES, LLC, *et al.*,

    Defendants.

Civil Action No. 3:11-cv-399

Judge Timothy S. Black

**ORDER OF DISMISSAL**

This civil action is before the Court on Plaintiff's stipulation of dismissal as to Defendant Equable Ascent Financial.  (Doc. 22).  By joint agreement the parties move this Court for a order of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).  Accordingly, it is hereby **ORDERED** that this action is **DISMISSED** with **PREJUDICE** against Defendant Equable Ascent Financial.  Each party shall bear their own costs and attorneys' fees.

    **IT IS SO ORDERED**.

Date:  5/1/2012

    *s/ Timothy S. Black*
    Timothy S. Black
    United States District Judge